**John D. SIMPSON, Petitioner–Appellant,**

v.

**SUPREME COURT JUDGE OF RICHMOND STATE OF VIRGINIA, Respondent–Appellee.**

No. 02–6653.

United States Court of Appeals, Fourth Circuit.

Submitted July 3, 2002.

Decided Aug. 5, 2002.

John D. Simpson, Appellant Pro Se.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

John D. Simpson appeals the district court's orders denying his petition for a writ of mandamus and his motion filed under Fed.R.Civ.P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Ac-

cordingly, we affirm on the reasoning of the district court. *Simpson v. Supreme Court Judge*, No. CA–01–538–3 (E.D. Va. Mar. 19, 2002; Apr. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*